## MYRNA LABOW *v.* RONALD LABOW
### (AC 15815)

O'Connell, C. J., and Foti and Dupont, Js.

Argued May 27—officially released June 30, 1998

Per Curiam. The judgment is affirmed.

## THOMAS BUSH *v.* COMMISSIONER OF CORRECTION
### (AC 17358)

O'Connell, C. J., and Foti and Dupont, Js.

Argued May 27—officially released June 30, 1998

Per Curiam. The judgment is affirmed.

## HERIBERTO HERNANDEZ *v.* COMMISSIONER OF CORRECTION
### (AC 17013)

Schaller, Hennessy and Dupont, Js.

Argued April 28—officially released June 30, 1998

Per Curiam. The judgment is affirmed.

## ELLEN LEVINSON *v.* LAWRENCE LEVINSON
### (AC 17672)

O'Connell, C. J., and Schaller and Sullivan, Js.

Submitted on briefs May 28—officially released June 30, 1998

Per Curiam. The judgment is affirmed.